**IT IS SO ORDERED.**

**Dated: 10:04 AM October 02 2009**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. **04-53061** |
| | ) | |
| **Victoria Elder**, | ) | CHAPTER **7** |
| DEBTOR(S) | ) | |
| | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| **Harold A. Corzin**, | ) | |
| PLAINTIFF(S), | ) | **ADVERSARY NO. 09-5106** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER AND MEMORANDUM OF PRE-** |
| **Victoria Elder**, | ) | **TRIAL CONFERENCE HELD ON** |
| DEFENDANT(S). | ) | **September 30, 2009** |

**PARTICIPANTS:**

| | | |
|---|---|---|
| Michael J Moran | *as counsel for* | Harold A. Corzin |
| Harold Corzin | | Plaintiff-Trustee |
| Warner Mendenhall | *pro se* | |

    Based upon the representations of counsel during the pre-trial conference a status conference in this adversary proceeding will be held on **November 4, 2009 at 04:00 PM** in the Bankruptcy Courtroom, 2nd Floor, 2 South Main Street, Akron, Ohio. Counsel may appear telephonically at that status conference provided that they inform the Court of their desire to do so by not later than **12:00 noon on the day prior to the scheduled pre-trial conference date** and are in compliance with all the provisions set forth in Judge Shea-Stonum's memorandum regarding telephonic participation at pre-trial conferences (found on the Court's web site www.ohnb.uscourts.gov

**ADDITIONAL INFORMATION:**

- Given defendants' failure to plead or otherwise respond to both the complaint and plaintiff-trustee's motion for default judgment, judgment by default will be entered against them upon the presentation of an appropriate proposed order.

# # #

cc (*via* electronic mail):

| Michael J Moran | *as counsel for* | Harold A. Corzin |
| Harold Corzin | | Plaintiff-Trustee |
| Warner Mendenhall | *pro se* | |

cc (*via* regular US mail):

Victoria Elder, Defendant-Debtor
Keith Elder, Defendant